Judge Pauley

USDC SDNY

SEP 12 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

v. :

DORCAS CONNER, :

Defendant. :

\- - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr.

07 CRIM 867

COUNT ONE

The Grand Jury charges:

On or about August 8, 2007, in the Southern District of New York, DORCAS CONNER, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 5, 1995, in New York Supreme Court, Bronx County, for assault with intent to cause serious injury with a weapon, in violation of New York Penal Law 120.10(1), unlawfully, willfully, and knowingly did possess in and affecting commerce, a firearm, to wit, an Armi Tanfoglio .25 caliber handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DORCAS CONNER,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. § 922(g)(1))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Dennise Suarez-Pena
Foreperson.

Dennise Suarez-Pena

Assigned to J Pauley

9/12/07
SS

A J Gorenstein