```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA          :

                                  :

        -against-                 :            ORDER

                                  :
Dorcas Conner,                               07 Cr. 867 (WHP)
                                  :
             Defendant.
                                  :
------------------------------------------------------X
```

WILLIAM H. PAULEY III, DISTRICT JUDGE:

The attorney assigned to this case John Byrnes is hereby relieved as the attorney for the defendant Dorcas Conner and Curtis Farber is hereby substituted in his place and stead as the attorney of record for defendant Dorcas Conner in this criminal action.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2007
       New York, New York