# Curtis J. Farber

Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com



NOV 16 2007
CHAMBERS OF
WILLIAM H. PAULEY

November 14, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-5-07

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:  United States v. Dorcas Conner
               07 Cr. 867 (WHP)

Dear Judge Pauley:

I am CJA counsel in the above-referenced case, having been appointed by Your Honor on November 2, 2007. After meeting with my client and reviewing the case file, I am of the impression that the services of an investigator are necessary. Accordingly, I write to respectfully request permission to retain the services of Leroy Swinney of Universal Investigations, an entity I have worked with in the past. Mr. Swinney's billable rate is $85 per hour. Further, having discussed this case with him, Mr. Swinney has indicated that he would be able complete the desired investigation within ten hours.

If Your Honor approves this request, it is respectfully requested that you endorse this letter "So Ordered" and have a copy returned to my office.

Thank you for your consideration.

                              Very truly yours,

                              Curtis Farber

Application Granted.

**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.

11-29-07