UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA         :

       -against-                                :         ORDER

Dorcas Conner,                                          :         07 Cr. 867 (WHP)

           Defendant.                        :
-------------------------------------------------------X

WILLIAM H. PAULEY III, DISTRICT JUDGE:

       Curtis Farber, Esq., the CJA attorney assigned to this case is hereby authorized to travel to Danbury, Connecticut to meet and confer with the defendant whenever he deems it necessary and appropriate.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: December 21, 2007
       New York, New York