# Curtis J. Farber

Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com

January 11, 2008

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: United States v. Dorcas Conner
07 Cr. 867 (WHP)

Dear Judge Pauley:

I am CJA counsel in the above-referenced case, having been appointed by Your Honor on November 2, 2007. After meeting with my client on several occasions, and in light of the government's report of her "behavioral problems" while in custody, I have concluded that that it is appropriate to have Ms. Conner psychologically evaluated.

In that regard, I would request permission to retain the services of Sanford L. Drob, Ph.D., 26 Court Street, Brooklyn, NY 11242. Dr. Drob is a clinical and forensic psychologist and I have utilized his services in the past on other CJA matters. I have found Dr. Drob to be very professional and his evaluations both insightful and relevant. His hourly rate is $200 per hour and he requires twenty hours to perform a complete evaluation and prepare a report.

As Ms. Conner is presently housed in FCI Danbury and Dr. Drob is only licensed in New York State, it will be necessary for either the government to produce Ms. Conner in New York State for such evaluation or for Your Honor to specifically order that Dr. Drob conduct the evaluation at FCI Danbury.

Thank you for your consideration.

Very truly yours,

Curtis Farber

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
1-22-08