UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA                :    SUPERSEDING
                                             INFORMATION
        - v. -                          :
                                             S1 07 Cr. 867 (WHP)
DORCAS CONNER,                          :

               Defendant.               :

- - - - - - - - - - - - - - - - -x

### COUNT ONE

The United States Attorney charges:

On or about August 8, 2007, in the Southern District of New York and elsewhere, DORCAS CONNER, the defendant, unlawfully, intentionally, and knowingly did possess a controlled substance, to wit, cocaine.

(Title 21, United States Code, Section 844.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

