# Curtis J. Farber

Attorney At Law

350 Broadway, 10th Floor
New York, NY 10013
Tel: (212) 334-4466
Fax: (212) 226-3224
curtisfarber@mindspring.com



APR 18 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08

April 17, 2008

Hon. William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                    RE:  United States v. Dorcas Conner
                              07 Cr. 867 (WHP)

Dear Judge Pauley:

By an order dated December 5, 2007, you approved my request as CJA counsel to retain the services of an investigator. Specifically, at my request you approved my retaining the services of Leroy Swinney of Universal Investigations at a billable rate is $85 per hour, for a total of ten hours.

Mr. Swinney has successfully undertaken the requested investigation herein, and in was based in part on his results that I was able to achieve a misdemeanor disposition for Ms. Conner. The total time Mr. Swinney expended however exceeded my request by one hour. Accordingly, I am respectfully requesting that Your Honor modify your previous order to permit Mr. Swinney to be paid for the eleven (11) hours of service he provided in this matter.

If Your Honor approves this request, it is respectfully requested that you endorse this letter "So Ordered" and have a copy returned to my office.

Thank you for your consideration.

                                          Very truly yours,

                                          Curtis Farber

*APPLICATION GRANTED*

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.
4-18-08